## STATEMENT OF FACTS

On Saturday, August 28, 2005, at about 4:45 p.m., sworn officers with the Metropolitan Police Department's Sixth District received a radio run for a shooting in the area of 4000 Minnesota Avenue, N.E., Washington, D.C. The dispatcher informed officers that the subject was running and he was armed. On the scene, police located such a subject, defendant, Erik Ginyard, who had been shot. During their investigation, officers learned that defendant Ginyard and another individual were shooting at one another, and that defendant Ginyard had run toward the nearby subway station while carrying a pistol. When officers searched around the subway station, one found a loaded .45 caliber handgun, with the hammer still cocked. Police deduced that this was the gun defendant had been carrying. Eventually officers arrested defendant. To the best of the undersigned officer's knowledge, defendant Erik Ginyard has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case Nos. F9115-97 and F8583-97. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of the undersigned officer's knowledge, there are no .45 caliber handguns nor ammunition manufactured in District of Columbia. A detective that interviewed the defendant, was told by the defendant that he had been in a shoot-out.

_____
OFFICER FRANCIS JENKINS
SIXTH DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF AUGUST, 2005.


_____
U.S. MAGISTRATE JUDGE