IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-484M (AK) |
| | ) | |
| v. | ) | |
| | ) | |
| ERIK J. GINYARD, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR TRANSFER**

Defendant Erik Ginyard, through undersigned counsel, respectfully requests this Honorable Court to order his transfer, forthwith, from the D.C. Jail to the Correctional Treatment Facility (CTF). In support of his motion, Mr. Ginyard submits as follows:

Mr. Ginyard was presented on August 31, 2005. That day, he was transported to court directly from Howard University Hospital, where he had been treated for gunshot wounds to his right forearm. Following his initial appearance, counsel asked the Court to order Mr. Ginyard detained at CTF, so as to ensure adequate medical monitoring and treatment. The Court granted counsel's request. To date, Mr. Ginyard has not been transferred to CTF. It is counsel's understanding that a written order from the Court will help ensure Mr. Ginyard's transfer.

Wherefore, Mr. Ginyard respectfully requests this Honorable Court to order his transfer to CTF.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/S/
_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500