IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**         ) | |
| )| |
| **Plaintiff,**         ) | |
| )| Cr. No. 05-484M (AK) |
| **v.**         ) | |
| )| |
| **ERIK J. GINYARD,**         ) | |
| )| |
| **Defendant.**         ) | |

### ORDER

_____Upon consideration of defendant's Motion for Transfer, it is by the Court hereby

**ORDERED** that Mr. Ginyard shall be transferred forthwith from the D.C. Jail to the Central Treatment Facility (CTF).

_____SO ORDERED.

                                                     _____
                                                     THE HONORABLE ALAN KAY
                                                     UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Barry Wiegand, AUSA
Lara G. Quint, AFPD